

**ORDERED in the Southern District of Florida on February 21, 2013.**

A. Jay Cristol, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| ARROW AIR, INC., and | Case No. 10-28831-AJC |
| ARROW AIR HOLDINGS CORP. | Case No. 10-28834-AJC |
| Debtors. _____/ | (Jointly Administered under Case No. 10-28831-AJC) |
| BARRY E. MUKAMAL, Liquidating Trustee, on behalf of Arrow Unsecured Creditor Trust, | Adv. No. 12-01613-BKC-AJC-A |
| Plaintiff, | |
| v. | |
| MICROSOFT LICENSING, GP, | |
| Defendant. _____/ | |

### ORDER DISMISSING ADVERSARY CASE WITH PREJUDICE AS SETTLED

THIS MATTER came before the Court pursuant to the Plaintiff's Notice of Settlement and Request for Entry of Order Dismissing Adversary Case with Prejudice. The Court having

- 2 -

reviewed the Notice, having been advised that a Settlement Agreement has been reached (the "Settlement Agreement") and being otherwise fully advised in the premises, it is

ORDERED:

The Adversary case is dismissed with prejudice. The Court shall retain jurisdiction to enforce the terms of the Settlement Agreement.

# # #

Submitted by:

Heather Harmon, Esq.
Genovese Joblove & Battista, P.A.
100 S.E. Second Street, 44th Floor
Miami, Florida 33131
Tel.: (305) 349-2300
hharmon@gjb-law.com

Copy to:

Heather Harmon, Esq.
[Attorney Harmon is hereby directed to furnish a conformed copy hereof to all parties in interest immediately upon receipt]